NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANHO CORPORATION, a Delaware Corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>CIMO TECHNOLOGIES, INC., a New Jersey Corporation, and DOES 1-21, individuals<br><br>            Defendants.<br>_____/ | No. CV 11-2473 PJH (NJV)<br><br>**ORDER TAKING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER SUBMISSION.**<br><br>(Doc. No. 19) |

Plaintiff Sanho Corporation's motion for default judgment was referred to this Court for a report and recommendation. *See* Doc. Nos. 19 & 20. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). Pursuant to Local Rule 7-1(b), the Court finds that this matter is appropriate for decision without oral argument and takes the matter under submission. The hearing set for December 6, 2011 hereby is vacated.

**IT IS SO ORDERED**

Dated: November 29, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge