United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANHO CORPORATION,

    Plaintiff,

    v.

CIMO TECHNOLOGIES, INC., et al.,

    Defendants.
_____/

No. C 11-2473 PJH

**ORDER REJECTING STIPULATION**

    The parties have submitted a stipulation and proposed order, setting dates for plaintiff Sanho Corporation ("Sanho") to file a second amended complaint, for defendant CIMO Technologies, Inc. ("CIMO") to file a motion to dismiss, for Sanho to file its opposition to the motion, and for CIMO to file its reply to the opposition, as well as a date for the hearing. The parties' stipulation allows for twenty-six days between the filing of the motion and the hearing date, and five days between the filing of the reply brief and the hearing date. The stipulation and proposed order was not accompanied by a request for an order shortening time, nor any statement of good cause.

    Under Civil Local Rule 7-2, unless "ordered or permitted by the assigned Judge or these Local Rules, . . . all motions must be filed, served, and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." The parties' stipulation is in violation of Civil Local Rule 7-2. Both sides in this case have been admonished by judges of this court that they are expected to read and

comply with all rules and orders of this court. Indeed, in an order filed by Magistrate Judge Vadas on November 18, 2011, the parties' attention was directed to the very rule that is violated by their stipulation.

Accordingly, the parties are again ORDERED to read and familiarize themselves with the Local Rules. In addition, they shall submit a stipulation and proposed order that includes a briefing schedule that complies with Local Rule 7. The court does not object if the parties wish to deprive themselves of the full amount of time they are permitted under Rules 7-2 and 7-3. However, except in extremely unusual circumstances, the court does not hear motions that are fully briefed fewer than the full 14 days before the hearing, as specified under Local Rule 7-3(c).

**IT IS SO ORDERED.**

Dated: April 25, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge