**WANG, HARTMANN, GIBBS & CAULEY, P.L.C.**
John D. van Loben Sels  (SBN 201354)
jvanlobensels@whgclaw.com
Diane M. Barker (SBN 245779)
dianebarker@whgclaw.com
2570 West El Camino Real, Suite 440
Mountain View, CA 94040
Tel:  (650) 209-1230
Fax: (650) 209-1231

*Attorneys for Plaintiff*
*Sanho Corporation, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SANHO CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIMO TECHNOLOGIES, INC., a New Jersey Corporation; and DOES 1-21, individuals,<br><br>Defendants. | **Case No.: CV11-02473-PJH**<br><br>**AMENDED STIPULATION & [PROPOSED] ORDER PER COURT'S APRIL 17, 2012 ORDER** |

Pursuant to the Court's April 17, 2012 Order, the parties, Sanho Corporation ("Sanho" or "Plaintiff") and CIMO Technologies, Inc. ("CIMO" or "Defendant"), conferred regarding the filing of Plaintiff's Second Amended Complaint.  In accord with the Court's order, the parties agree as follows:

1. CIMO agrees to withdraw its pending motion to dismiss Sanho's First Amended Complaint;

2. The parties stipulate to the filing of Sanho's Second Amended Complaint no later than April 27, 2012; and

3. The parties agree to the following briefing schedule for CIMO's motion to dismiss Sanho's Second Amended Complaint:

- 1 -

a.  CIMO will file its motion to dismiss on or before May 18, 2012;

b.  Sanho will file its opposition to the motion to dismiss on or before June 1, 2012;

c.  CIMO will file its reply to motion to dismiss on or before June 8, 2012; and

d.  The parties will appear for a hearing on CIMO's motion on July 25, 2012.

IT IS SO STIPULATED.

DATED:  April 25, 2012                          **WANG, HARTMANN, GIBBS & CAULEY**


/s/John D. van Loben Sels
By:  John D. van Loben Sels
*Attorneys for Plaintiff*
*Sanho Corporation*

DATED:  April 25, 2012                          **NICOLL, DAVIS & SPINELLA, LLP**


/s/Charles P. Guarino
By:  Charles P. Guarino

Mark C. Thomas, Esq., *Local Counsel*
Brownstein Thomas, LLP
180 Montgomery Street, Suite 940
San Francisco, CA  94104

*Attorneys for Defendant*
*CIMO Technologies, Inc.*

IT IS SO ORDERED.

DATED:  April 2 7, 2012

PHYLLIS J. HAMILTON
United States District Judge

**AMENDED STIPULATION & [PROPOSED] ORDER**
**PER COURT'S APRIL 17, 2012 ORDER**

Case4:11-cv-02473-PJH   Document64   Filed04/25/12   Page3 of 3

## Certificate of Service

I, John van Loben Sels, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 25, 2012.

/s/ John van Loben Sels
John van Loben Sels

**AMENDED STIPULATION & [PROPOSED] ORDER
PER COURT'S APRIL 17, 2012 ORDER**